UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>Plaintiff,<br><br>v.<br><br>M. GENSEAL, et al.,<br><br>Defendants. | 1:24-cv-01117-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, **IT IS HEREBY ORDERED** that:

**Within forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 30, 2024**              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE

1